AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WAYNE BALIGA, derivatively on behalf of<br>LINK MOTION INC. (F/K/A NQ MOBILE INC.)<br><br>*Plaintiff(s)*<br>v.<br>LINK MOTION INC. (F/K/A NQ MOBILE INC.),<br>VINCENT WENYONG SHI, JIA LIAN, XIAO YU<br><br>*Defendant(s)* | Civil Action No. 1:18-cv-11642-vm |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LINK MOTION INC. (F/K/A NQ MOBILE INC.)
Care of c/o
Law Debenture Corporate Services Inc.
400 Madison Avenue, 4th Floor
New York, New York 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: THE SEIDEN GROUP
Michael D. Cilento, Esq.
469 Seventh Ave., Fifth Floor
New York, New York 10018
646-766-1723
mcilento@seidenlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*